3550

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHARLES ADAMS, et al. )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>RAINTREE VACATION EXCHANGE, LLC, et al., )<br>)<br>Defendants. ) | Case No. 10 CV 3264<br><br>Honorable Virginia M. Kendall |

## REQUEST FOR FRCP 58 FINAL JUDGMENT

NOW COMES the Plaintiffs, CHARLES ADAMS, et al., through their counsel, DAVID A. NOVOSELSKY and NOVOSELSKY LAW OFFICES, and for their Request for FRCP 58 Final Judgment, states as follows:

On September 29, 2011 this Court entered its Memorandum Opinion and Order granting the Defendants' Raintree and Starwood's Motion to Dismiss for improper venue and denying Plaintiffs Motion to Compel turnover of the 2006 Settlement Agreement (Dkt. 183).

On October 27, 2011 this Court entered an order stating that pursuant to Plaintiffs Notice of Dismissal all Plaintiffs' claims against the Goodwin Defendants were dismissed without prejudice.

On November 1, 2011 this Court entered an order stating that pursuant to Plaintiffs Notice of Dismissal all Plaintiffs' claims against Raintree Vacation Club and Sergio Rivera were dismissed without prejudice.

As this Court is aware, Plaintiffs have been attempting to resolve all their remaining claims against the named Defendants to perfect the jurisdiction of the United States Court

of Appeals for the Seventh Circuit. Based on the attached order entered by Seventh Circuit on October 31, 2011, it appears that this Court must enter a FRCP 58 Final Judgment in order to perfect appellate jurisdiction over this case. Counsel for Plaintiffs apologize for any unnecessary work for this Court, but if the Court would be kind enough to enter a FRCP 58 Final Judgment counsel for Plaintiffs believe that no further requests will be made to the Court.

Since all the named Defendants have been dismissed and Plaintiffs have no claims pending against any named Defendants, Plaintiffs request entry of a FRCP 58 Final Judgment which reflects that all Plaintiffs claims against all named Defendants have been dismissed.

WHEREFORE, Plaintiffs respectfully request entry of a FRCP 58 Final Judgment which reflects that all Plaintiffs claims against all named Defendants have been dismissed and that this Honorable Court provide such other and further relief as it deems just and appropriate.

    Respectfully submitted,

    By: /s/ David A. Novoselsky

David A. Novoselsky (ARDC #02069881)
Edward J. Stawicki (ARDC #6287471)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 346-8930